**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ANDREW JENNINGS** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-5210**

**NORWOOD & NORWOOD, P.A.;**
**JUDGE PAUL BRIDGES;**
**WASHINGTON COUNTY SHERIFF'S OFFICE;**
**JUDGE RAY REYNOLDS;**
**ATTORNEY ANGELA HYDE;**
**MAJOR JOSHUA MCCONNELL;**
**and CORP. JACOB WAGGONER** **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY—except that the case will be dismissed with prejudice rather than without**. Accordingly, **IT IS ORDERED** that upon preservice screening the case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** on this 13th day of October, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE